PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: IRENE HUNT, aka IRENE HARROD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-03-384 WBS |
| Plaintiff, | ) | |
| | ) | STIPULATION OF COUNSEL IN |
| | ) | SUPPORT OF ORDER FOR |
| | ) | NO RESTITUTION |
| vs. | ) | |
| IRENE HUNT, aka IRENE HARROD, et al. | ) | |
| Defendant. | ) | |

Defendant, IRENE HUNT, aka IRENE HARROD, through her attorney,

PETER KMETO, and the United States of America, through its counsel of record,

LAUREL D. WHITE, stipulate and agree that: in view of US  Probation Officer,

LINDA ALGER's representation that the victim in this case (J. Harrod)  is not

seeking restitution from defendant Hunt, no restitution should be ordered as against

this defendant. .

Dated:   April 9, 2008                      /s/_____
                                            LAUREL D. WHITE
                                            Assistant U.S. Attorney
                                            for the Government


Dated:   April 9, 2008                      /s/_____
                                            PETER KMETO
                                            Attorney for Defendant
                                            IRENE HUNT, aka HARROD

- 1 -

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, no restitution shall be ordered in the case: CR-S-03-384 WBS as to Defendant, IRENE HUNT, aka IRENE HARROD.  The hearing date of April 14, 2008 is hereby Vacated.

DATED:  April 9, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -